**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7337**

---

ELLIS RICHARD DOUGLAS, JR.,

Plaintiff - Appellant,

versus

RAZAAK ENIOLA, M.D. - Medical Director;
BALAKRISHNAN BALAGURUMURTHY, M.D.,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
99-1573-CCB)

---

Submitted:  December 16, 1999      Decided:  December 22, 1999

---

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ellis Richard Douglas, Jr., Appellant Pro Se.  John Augustine
Bourgeois, KRAMON & GRAHAM, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellis Richard Douglas appeals the district court's orders granting summary judgment to Appellees on his complaint under 42 U.S.C.A. § 1983 (West Supp. 1999), and denying his motion for reconsideration.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Douglas v. Eniola, No. CA-99-1573-CCB (D. Md. Aug. 24 & Sept. 10, 1999).[*]  We deny Douglas's motion to waive the filing fee.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on August 23, 1999, the district court's records show that it was entered on the docket sheet on August 24, 1999.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).